AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

Title 8 U.S.C., Section 1326 - Illegal Reentry by an Alien after Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum Prison Term of 20 Years;
Maximum Fine of $250,000;
Maximum Term of Supervised Release of 3 years;
Mandatory Special Assessment of $100.

Name of District Court, and/or Judge/Magistrate Location

FILED
08 JUL 31 PM 4:18
RICHARD W. WIEKING
[CLERK] U.S. [DISTRICT] COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DEFENDANT - U.S.
▶ LAURO VELASQUEZ-SANCHEZ

DISTRICT COURT NUMBER
CR 08 0514 JSW

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

Agent Polly E. Kaiser, ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
3-08-70455 MEJ

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Katherine B. Dowling

─── DEFENDANT ───

IS **NOT** IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction    ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes    If "Yes" give date filed
been filed?    ☐ No

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY            7/15/2008

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:         Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
08 JUL 31 PM 4: JSW
RICHARD W. WIEKING
CLERK US DIST COURT

CR 08 — 0514

UNITED STATES OF AMERICA,

V.

LAURO ANTONIO VELASQUEZ SANCHEZ
a/k/a Margarito Solis Sanchez
a/k/a Samuel Sanchez Carvajal
a/k/a Samuel Carvajal Sanchez
a/k/a Sammy C. Sanchez
a/k/a Samuel Cardajal Sanchez
a/k/a Eric A. Velasquez

DEFENDANT(S).

## INDICTMENT

VIOLATION: 8 U.S.C. § 1326 - Illegal Reentry Following Deportation

A true bill. _INDICT_

_____
Foreman

Filed in open court this __31__ day of __July__
__2008__

_____
**Brenda Tolbert**
Clerk

Bail, $ _No arrest_

**Maria Elena James**
**United States Magistrate Judge**

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11                          CR 08        0514
12  UNITED STATES OF AMERICA,        )  No.
                                     )
13         Plaintiff,                )  VIOLATION: 8 U.S.C. § 1326 – Illegal
                                     )  Reentry Following Deportation
14         v.                        )
                                     )
15  LAURO ANTONIO VELASQUEZ          )  SAN FRANCISCO VENUE
    SANCHEZ,                         )
16      a/k/a Margarito Solis Sanchez, )
        a/k/a Samuel Sanchez Carvajal, )
17      a/k/a Samuel Carvajal Sanchez, )
        a/k/a Sammy C. Sanchez        )
18      a/k/a Samuel Cardajal Sanchez )
        a/k/a Eric A. Velasquez       )
19                                    )
           Defendant.                 )
20  _____)

21
                              INDICTMENT
22
    The Grand Jury charges:
23
           On or about December 19, 1991, July 27, 1993, May 5, 1994, June 18, 1994, September
24
    14, 1994, October 7, 1994, June 11, 2004, March 17, 2008, and March 24, 2008, the defendant,
25
                       LAURO ANTONIO VELASQUEZ SANCHEZ,
26                            a/k/a Margarito Solis Sanchez,
                              a/k/a Samuel Sanchez Carvajal,
27                            a/k/a Samuel Carvajal Sanchez,
                               a/k/a Sammy C. Sanchez
28                           a/k/a Samuel Cardajal Sanchez
                               a/k/a Eric A. Velasquez

INDICTMENT                              1

(FILED stamp: 08 JUL 31 PM 4:18, HAROLD W. WIEKING, ...COURT)

1  an alien, was excluded, deported and removed from the United States, and knowingly and
2  voluntarily reentered the United States and, thereafter, on or about July 9, 2008, was found in the
3  Northern District of California, the Attorney General of the United States and the Secretary for
4  Homeland Security not having expressly consented to a re-application by the defendant for
5  admission into the United States, in violation of Title 8, United States Code, Section 1326.

7  DATED:                                         A TRUE BILL.
8  7-31-08
9                                                 /s/ FOREPERSON
10 JOSEPH P. RUSSONIELLO
   United States Attorney

13 KYLE WALDINGER
   Deputy Chief, Major Crimes Division

15 (Approved as to form: _____ )
                          AUSA DOWLING

INDICTMENT                              2