rev. 8/31/07

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 4 M | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE**<br>**MINUTE ORDER** | | DEPUTY CLERK<br>Karen L. Hom | | | REPORTER/FTR<br>FTR 9:30-9:34 | |
| MAGISTRATE JUDGE<br>JOSEPH C. SPERO | | DATE<br>August 1, 2008 | | NEW CASE<br>☐ | CASE NUMBER<br>CR08-0514 JSW | |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>Lauro Antonio Velasquez Sanchez | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Dan Blank | | PD. ☒  RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Kathrine Dowling | | INTERPRETER<br>Spanish - Melinda Basker | | ☒ FIN. AFFT<br>SUBMITTED | ☒ | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Rich Sarlatte | | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL | ☒ | PARTIAL PAYMENT ☐<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | INITIAL APPEAR | ☐ | PRELIM HRG | ☐ | MOTION | ☐ | JUGM'T & SENTG | ☐ | STATUS |
| ☐ | I.D. COUNSEL | ☒ | ARRAIGNMENT | ☐ | BOND HEARING | ☐ | INITIAL APPEAR<br>REV PROB OR S/R | ☐ | OTHER |
| ☒ | DETENTION HRG<br>Not Held. | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ | PROB. REVOC. | ☐ | ATTY APPT<br>HEARING |

FILED AUG 1 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| INITIAL APPEARANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | ADVISED<br>OF RIGHTS | ☒ | ADVISED<br>OF CHARGES | ☒ | NAME AS CHARGED<br>IS TRUE NAME | ☐ | TRUE NAME: |

| ARRAIGNMENT | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | ARRAIGNED ON<br>INFORMATION | ☒ | ARRAIGNED ON<br>INDICTMENT | ☒ | READING WAIVED<br>SUBSTANCE | ☐ | WAIVER OF INDICTMENT FILED |

| RELEASE | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | | ☐ | PASSPORT<br>SURRENDERED<br>DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | | | |
| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | | ☒ REMANDED<br>TO CUSTODY | |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |

| PLEA | | | | | |
|---|---|---|---|---|---|
| ☐ | CONSENT<br>ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ | PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: | |

| CONTINUANCE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TO:<br>08/14/08 | ☐ | ATTY APPT<br>HEARING | ☐ | BOND<br>HEARING | ☐ | STATUS RE:<br>CONSENT | ☒ | STATUS /<br>TRIAL SET |
| AT:<br>2:30 PM | ☐ | SUBMIT FINAN.<br>AFFIDAVIT | ☒ | PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ | CHANGE OF<br>PLEA | ☐ | OTHER |
| BEFORE HON.<br>Judge White | ☐ | DETENTION<br>HEARING | | | ☐ | MOTIONS | ☐ | JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☒ | TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ | IDENTITY /<br>REMOVAL<br>HEARING | ☐ | PRETRIAL<br>CONFERENCE | ☐ | PROB/SUP REV.<br>HEARING |

**ADDITIONAL PROCEEDINGS**

Dft has an INS detainer. Dft's TB issue has been cleared up. Gov't to prepare Order excluding time from STA.

KLH, JCS, JO

DOCUMENT NUMBER: