UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL MINUTES*

**Judge: JEFFREY S. WHITE**

**Date**: August 14, 2008

**Case No:** CR 08-00514 JSW

**Case Title**: UNITED STATES v. LAURO ANTONIO VELASQUEZ-SANCHEZ (present, I/C)

**Appearances:**

    For the Government: Katherine Dowling

    For Defendant(s): Dan Blank

**Interpreter:**  Daniel Navarro         **Probation Officer:**

**Deputy Clerk**: Rowena B. Espinosa     **Court Reporter**: Debra Pas

### *PROCEEDINGS*

1. Trial Setting/Status - held

### *SUMMARY*

- This matter is continued to **Thursday, 08/21/08 at 2:30 PM for Change of Plea**.
- Counsel is in the process of discovery.  Time is excluded until 08/21/08.  Counsel to prepare order.