JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KATHERINE B. DOWLING (CABN 220767)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-6833
    Facsimile:      (415) 436-7234
    Katherine.Dowling@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-0514 |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|     v. ) | |
| LAURO ANTONIO VELASQUEZ-SANCHEZ, ) | |
|     Defendant. ) | |

    On August 14, 2008, the parties appeared before the Court for trial setting.  At that time counsel for defendant informed the Court that the defendant would be entering a change of plea. The Court set August 21, 2008 for the continuance of the hearing for a change of plea of defendant.  The Court agreed to exclude all time under the Speedy Trial Act between August 14, 2008 and August 21, 2008 for effective preparation of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of justice served by granting such a continuance to finalize a plea agreement for the defendant outweigh the best interests of the public and the defendant in a

speedy trial.  18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: August 15, 2008              /s/
                            KATHERINE B. DOWLING
                            Assistant United States Attorney

DATED: August 15, 2008              /s/
                            DANIEL BLANK
                            Attorney for Defendant

   Failure to grant an exclusion of time for the requested continuance would deny counsel for defendant and the attorney for the government reasonable time necessary for effective preparation.  18 U.S.C. § 3161(h)(8)(B)(iv).  Therefore, the Court finds that exclusion of time from August 14, 2008 through August 21, 2008, is warranted because the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED:_____              _____
                            THE HONORABLE JEFFREY S. WHITE
                            United States District Judge