JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KATHERINE B. DOWLING (CABN 220767)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-6833
    Facsimile:      (415) 436-7234
    Katherine.Dowling@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-0514 |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|     v. | |
| LAURO ANTONIO VELASQUEZ-SANCHEZ, | |
|     Defendant. | |

    On August 14, 2008, the parties appeared before the Court for trial setting.  At that time counsel for defendant informed the Court that the defendant would be entering a change of plea. The Court set August 21, 2008 for the continuance of the hearing for a change of plea of defendant.  The Court agreed to exclude all time under the Speedy Trial Act between August 14, 2008 and August 21, 2008 for effective preparation of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of justice served by granting such a continuance to finalize a plea agreement for the defendant outweigh the best interests of the public and the defendant in a

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-0514 JSW      1

1  speedy trial.  18 U.S.C. § 3161(h)(8)(A).

3  SO STIPULATED:

   JOSEPH P. RUSSONIELLO
   United States Attorney

7  DATED: August 15, 2008                    /s/
                                   KATHERINE B. DOWLING
8                                  Assistant United States Attorney

10 DATED: August 15, 2008                    /s/
                                   DANIEL BLANK
11                                 Attorney for Defendant

13     Failure to grant an exclusion of time for the requested continuance would deny counsel for
14 defendant and the attorney for the government reasonable time necessary for effective
15 preparation.  18 U.S.C. § 3161(h)(8)(B)(iv).  Therefore, the Court finds that exclusion of time
16 from August 14, 2008 through August 21, 2008, is warranted because the ends of justice served
17 by the exclusion of time outweigh the best interests of the public and the defendant in a speedy
18 trial.  18 U.S.C. § 3161(h)(8)(A).

20 SO ORDERED.

22 DATED:  August 18, 2008
                                   _____
                                   THE HONORABLE JEFFREY S. WHITE
23                                 United States District Judge