**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CRIMINAL MINUTE ORDER

**Date: August 21, 2008**

**Case No. CR-08-514  JSW**          **Judge:  Jeffrey S. White**

**United States of America  v. Lauro Antonio Velasquez-Sanchez**
                                                    **Defendant**
                    **Present (X) Not Present (  ) In-Custody (X)**

| | |
|---|---|
| **Katherine Dowling** | **Daniel Blank** |
| **U.S. Attorney** | **Defense Counsel** |

**Deputy Clerk: Jennifer Ottolini**          **Court Reporter: Debra Pas**
                                                    **Spanish Interpreter: Carol Rhine-Medina**

## PROCEEDINGS

**REASON FOR HEARING: Change of Plea**

**RESULT OF HEARING:     The Defendant is sworn.**
                    **The Court voir dired the Defendant re: Change of Plea**
                    **The Defendant pled guilty to Count 1 of the Indictment in**
                    **violation of 8 USC § 1326(b), Illegal entry into the United**
                    **States following deportation.**

                    **The Court accepted the plea of guilty.**
                    **The Plea Agreement is ordered filed.**
                    **The Court reserved ruling on acceptance of the plea**
                    **agreement pending receipt of a probation report.**

                    **The Defendant is referred to the US Probation Office for**
                    **the preparation of a pre-sentence report.**

                    **The Defendant remains in U. S. Marshal custody.**

**Case Continued to 11-6-08 at 2:30 p.m.  for Judgment and Sentencing**